## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHANNON TRIPEAUX | CIVIL ACTION NO. 05-0819 |
| VS. | JUDGE MELANÇON |
| POLICE DEP'T OF NEW IBERIA<br>CITY OF NEW IBERIA<br>QUINTON ADCOCK<br>MICHAEL BARNETT<br>SCOTT DAVIS | MAGISTRATE JUDGE METHVIN |

_____**MEMORANDUM RULING AND JUDGMENT**

Before the Court is a Motion to Dismiss for Failure to State A Claim Upon Which Relief Can be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) [Rec. Doc. 31] filed by defendants City of New Iberia, for and on behalf of the New Iberia Police Department, and Robert Feller, (formerly the Police Chief of the City of New Iberia). Defendants seek to dismiss plaintiff's claims against the New Iberia Police Department on grounds that it is not a juridical person subject to suit.  In her responsive memorandum, plaintiff agrees that the proper defendant parties in this matter include the City of New Iberia and Robert Feller, (the former Police Chief of the City of New Iberia), and that the New Iberia Police Department is not a proper party to this lawsuit.  Plaintiff states that she has no opposition to dismissing the

2

Police Department as a party defendant [Rec. Doc. 39].  Considering the foregoing,

it is, therefore,

ORDERED that defendants' Motion [Rec. Doc. 31] is **GRANTED.**

Signed at Lafayette, Louisiana on August 1, 2007.

_____

Tucker L. Melançon

UNITED STATES DISTRICT JUDGE