RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/26/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHANNON TRIPEAUX | CIVIL ACTION NO. 05-0819 |
| VS. | JUDGE MELANÇON |
| POLICE DEP'T OF NEW IBERIA | MAGISTRATE JUDGE METHVIN |
| CITY OF NEW IBERIA QUINTON ADCOCK, MICHAEL BARNETT, SCOTT DAVIS | |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that the motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or alternatively, a motion for more definite statement pursuant to Fed.R.Civ. P. 9(b) and 12(e) filed by defendants the City of New Iberia, on behalf of the New Iberia Police Department, and Robert Feller [Rec. Doc. 33], is DENIED.

Signed at Lafayette, Louisiana on September 25, 2007.

Tucker L. Melançon
United States District Judge